UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:21-cv-08173-JLS-JDE                                      Date: July 01, 2024
Title:  In Re: Loandepot, Inc. Stockholder Derivative Litigation

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Charles A. Rojas | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:**  (IN CHAMBERS)  ORDER (1) CONTINUING STAY, (2) VACATING DEADLINE TO SUBMIT JOINT RULE 26(f) REPORT; AND (3) REQUIRING JOINT STATUS REPORT NO LATER THAN OCTOBER 11, 2024

   The Court ordered the parties to show cause why the stay in this action should not be lifted and ordered the parties to file a joint Rule 26(f) report.  (Order., Doc. 56.)  The parties timely responded.  (Resp., Doc. 57.)  Having reviewed the parties' response, the Court (1) CONTINUES the stay in this action; (2) VACATES the previously set deadline to file a joint Rule 26(f) report; and (3) ORDERS the parties to file a joint status report in this action no later than October 11, 2024.

                                                                              Initials of Deputy Clerk: cr