JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| In Re: Loandepot, Inc. Stockholder Derivative Litigation | Case No. 2:21-cv-08173-JLS-JDE <br><br> **JUDGMENT** |
|---|---|

Pursuant to the Court's Order Granting Plaintiffs' Motion for Final Settlement Approval (Doc. 84), IT IS ADJUDGED that:

1. Unless otherwise defined herein, all defined terms shall have the meanings as set forth in the Stipulation. (Doc. 72-3.)

2. The Notice of Pendency and Proposed Settlement of Derivative Action (the "Notice") has been disseminated to loanDepot's stockholders pursuant to and in the manner directed by the Preliminary Approval Order, proof of dissemination of the notice by mailing, posting, and publication has been filed with the Court, and full opportunity to be heard has been offered to all parties to the Action and to loanDepot's current stockholders. The form and manner of notice is hereby determined to have been the best notice practicable under the circumstances and to have been given in full compliance with the requirements of Rule 23.1 of the Federal Rules of Civil Procedure, due process, and all other applicable laws, and it is further determined that loanDepot and loanDepot's current stockholders are bound by the Judgment herein.

3. The Stipulation and the terms of the Settlement as described in the Stipulation and the Notice are found to be fair, reasonable, adequate, and in the best interests of loanDepot and its stockholders, and are hereby approved pursuant to Rule 23.1 of the Federal Rules of Civil Procedure. The Parties are hereby authorized and directed to comply with and to consummate the Settlement in accordance with the terms and provisions set forth in the Stipulation, and the Clerk of the Court is directed to enter and docket this Judgment in the Action.

4. The Court hereby approves attorneys' fees and expenses in the amount of $625,000 and directs payment to Plaintiffs' Counsel in accordance with the terms of the Stipulation.

5. This Judgment shall not constitute any evidence or admission by any Party that any acts of wrongdoing have or have not been committed by any of the Parties and should not be deemed to create any inference that there is or is not any liability for any Party.

6. The Action is hereby dismissed with prejudice on the merits. Except as provided herein, each Party shall bear its own costs incurred in connection with the Action.

7. The Released Claims are hereby completely, fully, finally, absolutely, and forever discharged, dismissed with prejudice, settled, enjoined, released, relinquished, and compromised. "Released Claims" means the Released Defendant Claims and the Released Stockholder Claims.

    a. "Released Stockholder Claims" means any and all claims, rights, demands, obligations, controversies, debts, disputes, damages, losses, actions, causes of action, sums of money due, judgments, suits, amounts, matters, issues, liabilities, and charges of any kind or nature whatsoever (including, but not limited to, any claims for interest, attorneys' fees, expert or consulting fees, and any other costs, expenses, amounts, or liabilities whatsoever), and claims for relief of every nature and description whatsoever, whether in law or equity, including both known claims and Unknown Claims, suspected or unsuspected, accrued or unaccrued, fixed or contingent, liquidated or unliquidated, matured or unmatured, foreseen or unforeseen, whether arising under federal or state statutory or common law, or any other law, rule, or regulation, whether foreign or domestic, that loanDepot, Plaintiffs derivatively on behalf of loanDepot, or any loanDepot stockholder derivatively on behalf of loanDepot could have asserted in any court, tribunal, forum, or proceeding, arising out of, relating to, or based upon the facts, allegations, events, disclosures, non-disclosures, occurrences, representations, statements, matters, transactions, conduct, actions, failures to act, omissions, or circumstances that were alleged or referred to in any of the complaints filed in the Actions; provided, however, that the Released Stockholder Claims shall not include (1) any claims relating to the enforcement of the Settlement or the Stipulation, or (2) any claims that arise out of or are based upon any conduct of the Released Defendant Persons after the Effective Date.

    b. "Released Defendant Claims" means any and all claims, rights, demands, obligations, controversies, debts, damages, losses, causes of action, and

liabilities of any kind or nature whatsoever, whether in law or equity, including both known claims and Unknown Claims, suspected or unsuspected, accrued or unaccrued, that Defendants could have asserted against the Released Stockholder Persons, arising out of the institution, prosecution, or settlement of the claims asserted against Defendants in the Actions, in any forum that arise out of, relate to, or are based upon, any of the allegations, transactions, facts, matters, events, disclosures, non-disclosures, occurrences, representations, statements, acts or omissions, alleged or referred to in any of the complaints filed in the Actions; provided, however, that the Released Defendant Claims shall not include (1) any claims relating to the enforcement of the Settlement or the Stipulation, (2) any claims by the Defendants relating to insurance coverage or the right to indemnification, or (3) any claims that arise out of or are based upon any conduct of the Released Stockholder Persons after the Effective Date.

8. Without affecting the finality of this Judgment in any way, and subject to the terms of the Stipulation of Settlement, this Court hereby retains continuing jurisdiction over: (a) implementation of this Settlement; and (b) all Parties and the Parties' counsel hereto for the sole purpose of construing, enforcing, and administering the Stipulation and this Judgment.

9. There is no reason for delay in the entry of this Judgment and immediate entry by the Clerk of the Court is expressly directed by the Court.

IT IS SO ORDERED.

DATED: September 29, 2025

                                                HON. JOSEPHINE L. STATON
                                                UNITED STATES DISTRICT JUDGE